1  JaVonne M. Phillips, Esq. SBN 187474
   Jeffrey S. Totah, Esq. SBN 220287
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA 92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage
6  Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2, it
   assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | ) Case No. 10-40558 T |
| | ) |
| | ) RS No. JST-4986 |
| Edward Arguel Santos | ) |
| Elaine Clarino Santos | ) Chapter 13 |
| | ) |
| Debtors, | ) |
| | ) |
| | ) **OBJECTION TO CONFIRMATION** |
| | ) **OF CHAPTER 13 PLAN** |
| | ) |
| | ) **341(a) Meeting of Creditors:** |
| | ) Held:          4/1/2010 |
| | ) Continued:   04/23/2010 |
| | ) Place:         1301 Clay Street |
| | )                   Oakland CA |
| | ) |
| | ) **Confirmation Hearing** |
| | ) **None Set as of Date** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) Judge: Leslie J. Tchaikovsky |

U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2, its assignees and/or successors, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtors") Edward Arguel Santos and Elaine Clarino Santos.

1. This objecting Secured Creditor Services and is entitled to receive payments pursuant to a Promissory Note which matures on 1/1/2037 and is secured by a Deed of Trust on the subject property commonly known as 3503 Park Ridge Drive, Richmond, CA 94806. As of 1/19/2010, the amount in default was $5,798.62 , as described in the Proof of Claim filed by this Secured Creditor on or about 3/16/2010, incurred with respect to the default. **See Exhibit "1"**

2. The proposed Plan does not provide for pre-petition arrearages owed to Secured Creditor. To cure the pre-petition arrearages of $5,798.62 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $96.64 per month from the Debtors through the Plan. Although Debtors do not provide for payments to Secured Creditor, Debtors' Plan provides payments to the Trustee in the amount of $833.00 per month for 60 months. Debtors do not have sufficient funds available to cure the arrears over the term of the Plan within 60 months. Clearly, the Plan is not feasible. A true and correct copy of Debtors' Schedules I and J are attached hereto as **Exhibit "2"**.

3. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtors shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

CONCLUSION

Any Chapter 13 Plan proposed by the Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtors be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Dated: April 12, 2010

Respectfully submitted,

McCarthy & Holthus, LLP

By: /s/ Jeffrey S Totah
Jeffrey S. Totah, Esq.
Attorney for Secured Creditor
U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2